```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2  LIVIA R. MORALES, Bar #224504
    Staff Attorney
 3  HANNI M. FAKHOURY
    Certified Law Student
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6

 7  Attorney for Defendant
    BRENDON M. WALD
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Mag. 06-0011-GGH |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| BRENDON M. WALD, ) | Date: April 10, 2006 |
| ) | Time: 9:00am |
| Defendant. ) | Judge: Hon. Gregory G. Hollows |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED and agreed to between the United States of America through MATTHEW STEGMAN, Assistant United States Attorney, and defendant, BRENDON WALD, by and through his counsel, LIVIA R. MORALES, Staff Attorney, that the court trial set for February 22, 2005, be vacated and that a hearing on a motion to suppress evidence be set for April 10, 2006.

This continuance is being requested because the parties need more time to investigate and prepare for the suppression hearing.  Because this is a Class B misdemeanor, the Speedy Trial Act does not apply.

This is defendant's first request for a continuance.

Dated: February 21, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender


/s/ Livia R. Morales
_____
LIVIA R. MORALES
Staff Attorney


Attorney for Defendant
BRENDON M. WALD

DATED: February 21, 2006

McGREGOR W. SCOTT
United States Attorney

/s/ Matthew Stegman
_____
MATTHEW STEGMAN
Assistant United States Attorney


**O R D E R**

IT IS SO ORDERED.

Dated: 2/22/06

/s/ Gregory G. Hollows
_____

HON. GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

wald.ord

U.S. v. Wald, CRS 06-0011 GGH
Stipulation and [Proposed] Order        -2-